UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES FOR THE UPPER PENINSULA
PLUMBERS' AND PIPEFITTERS' HEALTH
& WELFARE FUND, et al.,

        Plaintiffs,        Case No. 4:03-CV-157

v.        Hon. Gordon J. Quist

J & N PLUMBING & HEATING, INC.,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 25, 2006. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court has reviewed the Report and Recommendation and concurs with the magistrate judge's findings and recommendations. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge filed January 24, 2006, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Contempt Finding (docket no. 40) is **GRANTED**. Defendant and its executive and sole shareholder, Jeff Norman, shall purge themselves of contempt of this Court's Judgment of March 16, 2004, by complying with the payment and surety bond obligations under the Judgment within twenty-one (21) days of the date of this Order. In the event Defendants fail to comply with this Order and the Judgment, the Court will

schedule a hearing to determine an appropriate sanction, up to and including imprisonment and/or a fine.

The Clerk is directed to serve a copy of this Order upon Defendants at the address shown below:

>J & N Plumbing & Heating, Inc.
>6096 – 23rd Lane
>Gladstone, MI 49837
>
>Mr. Jeff Norman
>J & N Plumbing & Heating, Inc.
>6096 – 23rd Lane
>Gladstone, MI 49837

Dated: February 23, 2006                    /s/ Gordon J. Quist
                                                  GORDON J. QUIST
                                   UNITED STATES DISTRICT JUDGE